FILED: September 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1771

(8:14-cv-01037-DKC)

(13-13847)

_____

In re: VINCENT ABELL

      Debtor

-------------------------------

VINCENT L. ABELL

      Debtor - Appellant

v.

MARIA THERESA WILSON

      Appellee

ROGER SCHLOSSBERG, Chapter 11

      Trustee - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 09/25/2014

Opening brief due: 09/25/2014

Response brief due: 10/29/2014

Any reply brief: 14 days from service of response brief.

                                                For the Court--By Direction

                                                /s/ Patricia S. Connor, Clerk