# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Vincent L. Abell | : | |
| Appellant | : | |
| v. | : | Case No. 14-1771 |
| Maria-Theresa Wilson, *et al.* | : | |
| Appellees | : | |

## APPELLEE ROGER SCHLOSSBERG'S RESPONSE TO APPELLEE WILSON'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX

Appellee Roger Schlossberg Chapter 11 Trustee hereby consents to the relief requested by Appellee Creditor Maria-Theresa Wilson in Appellee Wilson's Motion for Leave to File Supplemental Appendix [Dkt. No. 19-1].

Dated:  October 24, 2014      Respectfully Submitted,

/s/ Richard M. Goldberg
Richard M. Goldberg, Bar No. 07994
rmg@shapirosher.com
Anastasia L. McCusker, Bar No. 29533
alm@shapirosher.com
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD 21201
(410) 385-0202

*Counsel to Roger Schlossberg, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2014, a true and correct copy of Appellee Roger Schlossberg's Response to Appellee Wilson's Motion for Leave to File Supplemental Appendix was served on all counsel for this matter via ECF.

                                        */s/* Anastasia L. McCusker
                                        Anastasia L. McCusker