# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-1771,   <u>Vincent Abell v. Maria Wilson</u>
8:14-cv-01037-DKC, 13-13847

TO:   Randell C. Ogg

BRIEF CORRECTION DUE:  November 6, 2014

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[X] <u>Consolidated Brief</u>: Parties on the same side must file one consolidated brief. Please file a consolidated brief for appellees Wilson and Schlossberg unless grounds exist for a motion to file separate briefs under Local Rule 28(d).


Barbara H. Rowe, Deputy Clerk
804-916-2704