FILED: October 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1771

(8:14-cv-01037-DKC)

(13-13847)

_____

In re: VINCENT ABELL

      Debtor

-------------------------------

VINCENT L. ABELL

      Debtor - Appellant

v.

MARIA THERESA WILSON

      Appellee

ROGER SCHLOSSBERG, Chapter 11

      Trustee - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate

briefs, the court denies the motion.  Appellees must file a corrected joint response brief on or before 11/12/14.

            For the Court--By Direction

            <u>/s/ Patricia S. Connor, Clerk</u>