# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 7, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-1771,    Vincent Abell v. Maria Wilson
                8:14-cv-01037-DKC, 13-13847

TO:    Anastasia L. McCusker
       Randell C. Ogg
       Richard Marc Goldberg

FILING CORRECTION DUE:  November 10, 2014

Please make the correction identified below and file a corrected document by the date indicated.

[X] Brief Selection in entry incorrect. Please refile brief and select **"RESPONSE"** brief from dropdown.

Barbara H. Rowe, Deputy Clerk
804-916-2704