UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| VINCENT L. ABELL | : | |
| Appellant | : | |
| v. | : | Case No. 14-1771 |
| | | (United States District Court, Case |
| MARIA-THERESA WILSON, et al | : | No. 14-1037-DKC) |
| Appellees | : | |

**MOTION UNDER FED. R. BANKR. P. 8011 AND 9006 (b) FOR
AN EXTENSION OF TIME FOR APPELLANT TO FILE HIS REPLY BRIEF**

COMES NOW, The Debtor below, Appellant Vincent L. Abell, and in support of his Motion Seeking an Extension of the deadline for filing the Appellant's Reply Brief herein states as follows:

1. The Appellant's Reply Brief is due to be filed herein on November 17, 2014

2. Appellant's Counsel has been diagnosed with an illness that affects his vision, in particular his ability to read. In addition, Appellant's counsel has been ill due a bacterial infectionfor much of November. Since October 30, 2014 Appellant's counsel has only been in the office part of two days. Moreover, his hours have been limited due to numerous doctor appointments and his limited driving ability.

3. Counsel needs additional time to file the Appellant's Reply Brief herein.

4. Counsel for the Appellees, the Trustee, Roger Schlossberg, and Marie-Theresa Wilson, have consented to an extension for the Appellant's Reply Brief through and

including November 25, 2014.

5. The Appellant requests an extension of time to file his initial brief herein through and including November 25, 2014.

WHEREFORE, the Appellant prays for an Order granting his Motion for an extension of the deadline for filing the Appellant's Reply Brief through and including November 25, 2014 and for such other and further relief as may be just and proper.

Dated: November 17, 2014                    Respectfully Submitted,

HUGHES & BENTZEN, PLLC


By:  /s/ Philip J. McNutt
Philip J. McNutt
1100 Connecticut Avenue, NW
Suite 340
Washington, DC 20036
202-293-8975
202-293-8973 (fax)
pmcnutt@hughesbentzen.com

## Certificate of Service

I HEREBY CERTIFY THAT a copy of the foregoing Motion was served electronically, through the Court's ecf electronic noticing system, on November 25, 2014, and by regular mail, at the address listed on the bankruptcy docket for each party, on the following parties and parties in interest through their identified counsel:

Roger Schlossberg, Trustee

Represented by:

Richard M. Goldberg, Esq.
Anastasia McCusker, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street
Suite 2000
Baltimore, MD 21201-3147

and by:

Roger Schlossberg, Esquire
134 West Washington Street
Hagerstown, MD 21741-4227

Marie Theresa Wilson

Represented by:

Randell C. Ogg, Esq.
1150 Connecticut Avenue, NW
Ninth Floor
Washington, DC 20036

                                              /s/ Philip J. McNutt
                                              Philip J. McNutt