FILED: November 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1771

(8:14-cv-01037-DKC)

(13-13847)

_____

In re: VINCENT ABELL

  Debtor

------------------------------

VINCENT L. ABELL

  Debtor - Appellant

v.

MARIA THERESA WILSON

  Appellee

ROGER SCHLOSSBERG, Chapter 11

  Trustee - Appellee

_____

O R D E R

_____

  The court grants the motion to extend filing time and extends the time for filing the reply brief to 11/25/14.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk